## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEUENIQUE INTERNATIONAL, INC. )<br>DERMALOGICA, INC. )<br>GLYCOFORM-D CORP., )<br>JUVENSES BY ELAINE GAYLE, INC. )<br>)<br>Defendants ) | C.A. No. 06-00645-JJF |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that defendant Dermalogica, Inc.'s time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended through and including April 5, 2007.

CONNOLLY BOVE LODGE & HUTZ LLP

_/s/ Arthur D. Connolly III_
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

Attorneys for Plaintiff
Tristrata Technology, Inc.

LEADER/KOZMOR GORHAM LLP

_/s/ Gary J. Gorham_
Gary J. Gorham
300 Delaware Avenue
1990 South Bundy Drive
Suite 390
Los Angeles, CA 90029
(310) 696-3300

Attorneys for Defendant
Dermalogica, Inc.

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 2, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Mulford Nobbs, President<br>Jeunique International Inc.<br>19501 East Walnut Drive S<br>City of Industry, CA 91749 | |
| Jane Wurwand, President<br>Dermalogica, Inc.<br>1535 Beachy Place<br>Carson, CA 90746 | Gary J Gorham<br>300 Delaware Avenue<br>1990 South Bundy Drive<br>Suite, 390<br>Los Angeles, CA 90029 |
| President<br>Glycoform D Corporation<br>1717 N. Bayshore Drive<br>#1847<br>Miami, FL 33132 | |
| Elaine Gayle, President<br>Juvenesse By Elaine Gayle Inc.<br>680 N. Lake Shore Drive<br>#1007<br>Chicago, IL 60611 | |

    /s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#524934_1