IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-645 (JJF) |
| | ) | |
| JEUNIQUE INTERNATIONAL, INC., | ) | Jury Demanded |
| DERMALOGICA, INC., GLYCOFORM-D | ) | |
| CORP., and JUVENESSE BY ELAINE GAYLE | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 29th day of March, 2007, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2. On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Jeunique International, Inc., and a letter addressed to Mulford Nobbs, President, Jeunique International Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Jeunique International Inc., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3. On February 26, 2007, the package referenced in paragraph 2, was received by Jeunique International Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_____
Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 29th day of March, 2007.

_____
NOTARY PUBLIC



523422_1

2

# EXHIBIT A

**Registered No.** RB 972 232 233 US

Reg. Fee 9.90
Handling Charge
Postage 6.05
Return Receipt 1.85
Restricted Delivery
Received by *Ken*

Date Stamp: FEB 2? (Rodney Sq. Wilmington, DE)

Customer Must Declare Full Value $
☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
AGC,3 (5077*B)
Connolly Bove Lodge & Hutz
P.O. Box 2207
Wilm, DE 19801

TO:
Mulford Nobbs, Pres.
Jeunique International, Inc
19501 E. Walnut Dr. S
City of Industry, CA 91749

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* DON JONES    B. Date of Delivery 2-26<br>C. Signature X *[signature]* ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>Mutfor Nobbs, Pres<br>Jeunique International<br>19501 E. Walnut Dr. S<br>City of Industry, CA<br>91749 | D. Is delivery address different from item 1? ☐ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>RB 972 232 233 US | |
| PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789 | |