IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-645 (JJF) |
| | ) | |
| JEUNIQUE INTERNATIONAL, INC., | ) | Jury Demanded |
| DERMALOGICA, INC., GLYCOFORM-D | ) | |
| CORP., and JUVENESSE BY ELAINE GAYLE | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 29th day of March, 2007, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2. On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Dermalogica, Inc., and a letter addressed to Jane Wurwand, President, Dermalogica, Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Dermalogica, Inc., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3. On February 26, 2007, the package referenced in paragraph 2, was received by Dermalogica, Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_____
Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 29th day of March, 2007.

_____
NOTARY PUBLIC



530152_1

2

# EXHIBIT A

**Registered No.** RB 972 232 216 US

**Reg. Fee** 7.90
**Handling Charge**
**Postage** 6.05
**Return Receipt** 1.85
**Restricted Delivery**
**Received by** REM

**Date Stamp** (illegible postmark)

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

**Customer Must Declare Full Value $** — Without Postal Insurance

OFFICIAL USE

**FROM:**
ACC 3 (5077*13)
Connolly, Bove, Lodge, & Hitz
P.O. Box 2207
Wilm DE, 19801

**TO:**
Jane Wurwand
Dermalogica, Inc.
1535 Beachy Place
Carson Ca, 90746

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) *[signature]* | B. Date of Delivery 2·24 |
| | C. Signature<br>X *[signature]* Copur | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Jane Wurwand<br>Dermalogica, Inc.<br>1535 Beachy Place.<br>Carson CA, 90746 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☒ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes | |
| 2. Article Number (Copy from service label)<br>RB 972 232 216 US | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-99-M-1789 |