IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-645 (JJF) |
| ) | |
| JEUNIQUE INTERNATIONAL, INC., ) | Jury Demanded |
| DERMALOGICA, INC., GLYCOFORM-D ) | |
| CORP., and JUVENESSE BY ELAINE GAYLE ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 29th day of March, 2007, does depose and say:

1. I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2. On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Juvenesse By Elaine Gayle Inc., and a letter addressed to Elaine Gayle, President, Juvenesse By Elaine Gayle Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Juvenesse By Elaine Gayle Inc., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3. On or about February 26, 2007, the package referenced in paragraph 2, was received by Juvenesse By Elaine Gayle Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_____
Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 29th day of March, 2007.

_____
NOTARY PUBLIC

[Notary seal: SHIRLEY ANNE JONES, MY COMMISSION EXPIRES NOVEMBER 8, 2008, NOTARY PUBLIC, STATE OF DELAWARE]

530155_1

2

# EXHIBIT A

| Registered No. RB 972 232 247 US | | Date Stamp |
|---|---|---|
| Reg. Fee 7.90 | | |
| Handling Charge | Return Receipt 1.85 | |
| Postage 6.05 | Restricted Delivery | |
| Received by *Ken* | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ OK | ☐ With Postal Insurance ☐ Without Postal Insurance | |

OFFICIAL USE

FROM:
ABC.3 (S077 & 131)
Connolly Bove Lodge & Hutz
P.O. Box 2207
Wilm, DE 19801

TO:
Elaine Bayle Aes
1080 N Lake Shore Dr
#1007
Chicago, IL 60611

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* | B. Date of Delivery |
| | C. Signature<br>X [signature] ☐ Agent ☐ Addressee | |
| 1. Article Addressed to:<br><br>Elaine Gayle, Pres.<br>Juvenesse By Elaine Gayle<br>1080 N. Lake Shore Dr.<br>#1007<br>Chicago, IL 60611 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☒ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number *(Copy from service label)*<br>RB 972 232 247 US | | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-99-M-1789 |