IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-645-JJF |
| ) | |
| JEUNIQUE INTERNATIONAL, INC., ) | |
| DERMALOGICA, INC., GLYCOFORM- ) | |
| D CORP., AND JUVENSES BY ELAINE ) | |
| GAYLE, INC., ) | |
| ) | |
| Defendants. ) | |

**DERMALOGICA, INC.'S RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Dermalogica, Inc. ("Dermalogica") states the following: (i) Dermalogica has no parent company; and (ii) no publicly held corporation owns 10% or more of Dermalogica. Dermalogica reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendant Dermalogica, Inc.*

OF COUNSEL:

Gary J. Gorham
LEADER KOZMOR GORHAM LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA 90025
(310) 696-3300

April 5, 2007

787492

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on April 5, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

>Arthur G. Connolly, III
>Connolly, Bove, Lodge & Hutz LLP

and that on April 5, 2007, I caused copies to be served upon the following in the manner indicated:

**BY HAND & EMAIL**

>Arthur G. Connolly, III
>Connolly, Bove, Lodge & Hutz LLP
>1007 North Orange Street
>Wilmington, DE 19801
>aconnollyIII@cblh.com

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>(302) 658-9200
>rsmith@mnat.com

787508