IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>JEUNIQUE INTERNATIONAL, INC., )<br>DERMALOGICA, INC., GLYCOFORM-D )<br>CORP., and JUVENESSE BY ELAINE GAYLE )<br>)<br>Defendants. ) | Civil Action No. 06-645 (JJF)<br>Jury Demanded |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Plaintiff hereby notifies the Court that Douglas L. Sawyer, Aric S. Jacover and David R. Melton of the law firm of Mayer, Brown, Rowe & Maw, LLP are withdrawing as counsel for Plaintiff TriStrata Technology, Inc. in the above-captioned civil action.

Dated: April 24, 2007

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2007, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Mulford Nobbs, President<br>Jeunique International Inc.<br>19501 East Walnut Drive S<br>City of Industry, CA 91749 | |
| Jane Wurwand, President<br>Dermalogica, Inc.<br>1535 Beachy Place<br>Carson, CA 90746 | Gary J Gorham<br>300 Delaware Avenue<br>1990 South Bundy Drive<br>Suite, 390<br>Los Angeles, CA 90029 |
| | Rodger Dallery Smith, II<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| President<br>Glycoform D Corporation<br>1717 N. Bayshore Drive<br>#1847<br>Miami, FL 33132 | |
| Elaine Gayle, President<br>Juvenesse By Elaine Gayle Inc.<br>680 N. Lake Shore Drive<br>#1007<br>Chicago, IL 60611 | |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#524963_1