IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-645 (JJF) |
| JEUNIQUE INTERNATIONAL, INC., | ) | |
| DERMALOGICA, INC., GLYCOFORM- | ) | |
| D CORP., and JUVENSES BY ELAINE | ) | |
| GAYLE, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Gary J. Gorham, Jon M. Leader and Delia Ibarra, Leader Kozmor Gorham LLP, 1990 South Bundy Drive, Suite 390, Los Angeles, CA to represent defendant Dermalogica, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
rsmith@mnat.com
*Attorneys for Defendant Dermalogica, Inc.*

May 1, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____        _____
                                                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: _APR 30, 2007_

Gary J. Gorham
Leader Kozmor Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA 90025
(310) 696-3300

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 4/2/07

Jon M. Leader
Leader Kozmor Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA 90025
(310) 696-3300

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 4·30·07

Delia Ibarra
Leader Kozmor Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA 90025
(310) 696-3300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2007, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ LLP

I also certify that copies were caused to be served on May 1, 2007, upon the following in the manner indicated:

### BY EMAIL AND HAND

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ LLP
1007 North Orange Street
Wilmington, DE  19801
aconnollyIII@cblh.com

### BY EMAIL

Michael O. Warnecke
Debra R. Bernard
PERKINS COIE LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL  60603
mwarnecke@perkinscoie.com
dbernard@perkinscoie.com

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com