UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.06-645 |
| | ) | |
| JEUNIQUE INTERNATIONAL, INC., DERMALOGICA, INC., GLYCOFORM-D CORP., AND JUVENSES BY ELAINE GAYLE, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | **JURY DEMAND** |

## NOTICE OF DISMISSAL OF JUVENSES BY ELAINE GAYLE, INC.

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, TriStrata Technology, Inc., through its undersigned counsel, dismisses with prejudice all claims against, Defendant, Juvenses By Elaine Gayle, Inc.

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com
Attorneys for Plaintiff
Tristrata Technology, Inc.

Dated: February 29, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 29, 2008, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Mulford Nobbs, President<br>Jeunique International Inc.<br>19501 East Walnut Drive S<br>City of Industry, CA 91749 | |
| Gary J Gorham<br>300 Delaware Avenue<br>1990 South Bundy Drive<br>Suite, 390<br>Los Angeles, CA 90029 | Rodger Dallery Smith, II<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| President<br>Glycoform D Corporation<br>1717 N. Bayshore Drive<br>#1847<br>Miami, FL 33132 | |
| Elaine Gayle, President<br>Juvenesse By Elaine Gayle Inc.<br>680 N. Lake Shore Drive<br>#1007<br>Chicago, IL 60611 | |

 /s/Arthur G. Connolly, III  
Arthur G. Connolly, III (#2667)

#595377_1