IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEUNIQUE INTERNATIONAL, INC., DERMALOGICA, INC., GLYCOFORM-D CORP., and JUVENSES BY ELAINE GAYLE, INC., <br><br> Defendants. | C.A. No. 06-645 (JJF) <br><br><br> JURY DEMAND |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of TriStrata Technology Inc.'s Rule 26(a)(1) Initial Disclosures were served on February 29, 2008 on the following counsel of record in the manner indicated:

### BY FIRST-CLASS U.S. MAIL

| | |
|---|---|
| Mulford Nobbs, President <br> Jeunique International Inc. <br> 19501 East Walnut Drive S <br> City of Industry, CA 91749 | |
| Gary J Gorham <br> 300 Delaware Avenue <br> 1990 South Bundy Drive <br> Suite, 390 <br> Los Angeles, CA 90029 | Rodger Dallery Smith, II <br> Morris, Nichols, Arsht & Tunnel LLP <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 |
| President <br> Glycoform D Corporation <br> 1717 N. Bayshore Drive <br> #1847 <br> Miami, FL 33132 | |
| Elaine Gayle, President <br> Juvenesse By Elaine Gayle Inc. <br> 680 N. Lake Shore Drive <br> #1007 <br> Chicago, IL 60611 | |

|  |  |
|---|---|
| | CONNOLLY BOVE LODGE & HUTZ LLP |
| March 6, 2008 | /s/ Arthur G. Connolly, III |
| | Arthur G. Connolly, III (#2667) |
| | The Nemours Building |
| | 1007 North Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE 19801 |
| | (302) 658-9141 |
| | Attorneys for Plaintiff |
| | *TriStrata Technology, Inc.* |

Michael O. Warnecke
Douglas L. Sawyer
PERKINS COIE LLP
131 South Dearborn Street
Chicago, IL 60603
(312) 325-8549

Kevin M. McGovern
Brian T. Foley
McGovern & Associates
14 East 60th Street, Suite 606
New York, New York 10022
(212) 688-9840

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2008, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Mulford Nobbs, President<br>Jeunique International Inc.<br>19501 East Walnut Drive S<br>City of Industry, CA 91749 | |
| Gary J Gorham<br>300 Delaware Avenue<br>1990 South Bundy Drive<br>Suite, 390<br>Los Angeles, CA 90029 | Rodger Dallery Smith, II<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| President<br>Glycoform D Corporation<br>1717 N. Bayshore Drive<br>#1847<br>Miami, FL 33132 | |
| Elaine Gayle, President<br>Juvenesse By Elaine Gayle Inc.<br>680 N. Lake Shore Drive<br>#1007<br>Chicago, IL 60611 | |

           /s/Arthur G. Connolly, III
           Arthur G. Connolly, III (#2667)

#536092_1