IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC., :
:
    Plaintiff, :
:
v. : Civil Action No. 06-645 JJF
:
JEUNIQUE INTERNATIONAL, INC., :
et al., :
:
    Defendants. :

### O R D E R

WHEREAS, a Scheduling Order has been entered in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Markman Hearing will be held on **September 16, 2008 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. A Pretrial Conference will be held on **May 14, 2009 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.  The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

3. Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference.  Counsel should be available during the 120 day period for trial.

 

March 6, 2008                                   /s/ Joseph J. Farnan
    DATE                                    UNITED STATES DISTRICT JUDGE