IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., )<br>)<br>Plaintiff, )<br>)<br>v.  )<br>)<br>JEUNIQUE INTERNATIONAL, INC., )<br>DERMALOGICA, INC., GLYCOFORM- )<br>D CORP., and JUVENSES BY ELAINE )<br>GAYLE, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 06-645 (JJF) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant Dermalogica, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)* were caused to be served on March 7, 2008, by First Class Mail, upon the following:

| | |
|---|---|
| Mulford Nobbs, President<br>Jeunique International Inc.<br>19501 East Walnut Drive<br>City of Industry, CA  91749 | Arthur G. Connolly, III<br>CONNOLLY, BOVE, LODGE & HUTZ LLP<br>1007 North Orange Street<br>Wilmington, DE  19801 |
| President<br>Glycoform D Corporation<br>1717 N. Bayshore Drive<br>#1847<br>Miami, FL  33132 | Michael O. Warnecke<br>Debra R. Bernard<br>PERKINS COIE LLP<br>131 S. Dearborn Street<br>Suite 1700<br>Chicago, IL  60603 |
| Elaine Gayle, President<br>Juvenesse By Elaine Gayle Inc.<br>680 N. Lake Shore Drive<br>#1007<br>Chicago, IL  60611 | Kevin M. McGovern<br>Brian T. Foley<br>McGovern & Associates<br>14 East 60th Street, Suite 606<br>New York, NY  10022 |

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Rodger D. Smith II*

                                      Rodger D. Smith II (#3778)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899-1347
                                      (302) 658-9200
                                      rsmith@mnat.com
                                        *Attorneys for Defendant*
                                        *Dermalogica, Inc.*

OF COUNSEL:

Jon M. Leader
Gary J. Gorham
Delia Ibarra
LEADER KOZMOR GORHAM LLP
1990 South Bundy Drive
Suite 390
Los Angeles, CA  90025
(310) 696-3300

March 13, 2008
1804287

## **CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on March 13, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following in the manner indicated:

> Arthur G. Connolly, III
> CONNOLLY, BOVE, LODGE & HUTZ LLP

and that on March 13, 2008, I caused copies to be served upon the following in the manner indicated:

### **BY EMAIL**

> Arthur G. Connolly, III
> CONNOLLY, BOVE, LODGE & HUTZ LLP
> 1007 North Orange Street
> Wilmington, DE  19801
> aconnollyIII@cblh.com

### **BY EMAIL**

> Michael O. Warnecke
> Debra R. Bernard
> PERKINS COIE LLP
> 131 S. Dearborn Street
> Suite 1700
> Chicago, IL  60603
> mwarnecke@perkinscoie.com
> dbernard@perkinscoie.com

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200