IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>JEUNIQUE INTERNATIONAL, INC., DERMALOGICA, INC., GLYCOFORM-D CORP., and JUVENSES BY ELAINE GAYLE, INC.,<br><br>  Defendants. | C.A. No. 06-645 (JJF)<br><br>**JURY DEMAND** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 28th day of March, 2008, copies of Plaintiff's First Set of Interrogatories were served by Michael O. Warnecke, Esq. of Perkins Coie LLP upon the following counsel of record in the manner indicated:

**BY EMAIL AND U.S. MAIL**

Gary J. Gorham
Leader Kozmor Gorham LLP
1990 South Bundy Drive
Suite 390
Los Angeles, CA 90029

Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

CONNOLLY BOVE LODGE & HUTZ LLP

March 31, 2008

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
Attorneys for Plaintiff
*TriStrata Technology, Inc.*

Michael O. Warnecke
Douglas L. Sawyer
PERKINS COIE LLP
131 South Dearborn Street
Chicago, IL 60603
(312) 325-8549

Kevin M. McGovern
Brian T. Foley
McGovern & Associates
14 East 60th Street, Suite 606
New York, New York 10022
(212) 688-9840

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2008, the foregoing document was served via First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Mulford Nobbs, President<br>Jeunique International Inc.<br>19501 East Walnut Drive S<br>City of Industry, CA 91749 | |
| Gary J. Gorham<br>Leader Kozmor Gorham LLP<br>1990 South Bundy Drive<br>Suite 390<br>Los Angeles, CA 90029 | Rodger Dallery Smith, II<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| President<br>Glycoform D Corporation<br>1717 N. Bayshore Drive<br>#1847<br>Miami, FL 33132 | |

                                                  /s/Arthur G. Connolly, III
                                                  Arthur G. Connolly, III (#2667)

#536092_1