# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-645 (JJF) |
| | ) | |
| JEUNIQUE INTERNATIONAL, INC., | ) | |
| DERMALOGICA, INC., GLYCOFORM-D | ) | |
| CORP., AND JUVENSES BY ELAINE | ) | |
| GAYLE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
## AND INCORPORATED MEMORANDUM OF LAW

Plaintiff Tristrata Technology, Inc. ("TTI"), by and through its counsel, respectfully moves this Court for a default judgment against Defendant Jeunique International, Inc. ("Jeunique"), pursuant to Federal Rule of Civil Procedure 55.

## MOTION FOR DEFAULT JUDGMENT

1.      On October 17, 2006, Plaintiff filed its Complaint against Defendant Jeunique International, Inc.

2.      On February 21, 2007, TTI served Jeunique pursuant to 10 Del. C. § 3104 – by serving, the Secretary of State pursuant to 10 Del. C. § 3104, filed the executed return of service with the Court, and caused a copy of the Complaint, the summons for Jeunique, and a letter addressed to Jeunique, to be forwarded to Jeunique via registered mail return receipt requested. A copy of the letter and registered mail receipt are attached hereto as Exhibit A.  A copy of the confirmation and tracking form received from the United States Postal Service is attached hereto as Exhibit B.

3.      On March 29, 2007, Arthur G. Connolly, III on behalf of TTI, filed an Affidavit of Mailing pursuant to 10 Del. C. § 3104 and D. Del. LR 4.1(b), in which the details of service are described. A copy of the Affidavit is attached hereto as Exhibit C.

4.      Jeunique was required under Fed. R. Civ. P. 12(a)(1)(A) to file an answer to the Complaint within twenty (20) days of service or by no later than March 19, 2007.

5.      To date, Jeunique has not answered or otherwise responded to the Complaint nor has an appearance been entered on Jeunique's behalf.

WHEREFORE, Plaintiff respectfully requests that the Court:

A.      Enter a default judgment against Jeunique pursuant to Fed. R. Civ. P. 55 on all counts of the Complaint;

B.      Grant Plaintiff a period of time for discovery to determine the amount of damages;

C.      Grant Plaintiff attorney's fees and costs;

D.      Schedule a hearing to determine the amount of damages, including attorney's fees and costs; and

E.      Award to Plaintiffs such other and additional relief as this Court deems just and proper.

# EXHIBIT A

# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Arthur G. Connolly, III
Partner

| | |
|---|---|
| DIRECT DIAL: | (302) 888 6318 |
| DIRECT FAX: | (302) 658 0380 |
| EMAIL: | AConnollyIII@cblh.com |
| REPLY TO: | Wilmington Office |

February 21, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**
Mulford Nobbs, President
Jeunique International Inc.
19501 East Walnut Drive S
City of Industry, CA 91749

Re:    *Tristrata Technology, Inc. v. Jeunique International, Inc., et al.*, C.A. No. 06-645

Dear Sir:

Please find enclosed copies of the Summons and Return of Service and the Complaint and Jury Demand for the above-referenced case. The Summons and Complaint were served upon the Delaware Secretary of State on February 13, 2007. Pursuant to 10 Del. C. § 3104, such service is as effective for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Sincerely,

A. J. Connolly III

Arthur G. Connolly, III

Enclosures

#522810_1

# EXHIBIT A



Registered No. RB 972 232 233US

| | | Date Stamp |
|---|---|---|
| Reg. Fee 9.90 | | |
| Handling Charge | Return Receipt 1.85 | |
| Postage 6.05 | Restricted Delivery | |
| Received by *Ken* | | Domestic insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance  ☒ Without Postal Insurance | |

To Be Completed By Post Office

OFFICIAL USE

FROM
ACC 3 (5077*B)
Connolly Bove Lodge & Hutz
P.O. Box 2207
Wilm. DE 19801

TO
Mulford Nobbs, Pres.
Jeunique International, Inc
19501 E. Walnut Dr. S
City of Industry, CA 91749

PS Form **3806**,  **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (*Please Print Clearly*)  DON JONES    B. Date of Delivery  2-26<br>C. Signature<br>X   ☐ Agent   ☐ Addressee<br>D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No |
| 1. Article Addressed to:<br><br>Muffor Nobbs, Pres<br>Jeunique International<br>19501 E. Walnut Dr. S<br>City of Industry, CA<br>      91749 |  |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☑ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |

2. Article Number (*Copy from service label*)
RB 912 232 233US

PS Form 3811, July 1999      Domestic Return Receipt      102595-99-M-1789

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-645 (JJF) |
| | ) | |
| JEUNIQUE INTERNATIONAL, INC., | ) | Jury Demanded |
| DERMALOGICA, INC., GLYCOFORM-D | ) | |
| CORP., and JUVENESSE BY ELAINE GAYLE | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 29th day of March, 2007, does depose and say:

1.    I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2.    On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Jeunique International, Inc., and a letter addressed to Mulford Nobbs, President, Jeunique International Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Jeunique International Inc., pursuant to 10 Del. C. § 3104. The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3.    On February 26, 2007, the package referenced in paragraph 2, was received by Jeunique International Inc. The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_Arthur G. Connolly, III (#2667)_

Sworn to and subscribed before me this 29th day of March, 2007.

NOTARY PUBLIC



523422_1

2

# EXHIBIT A

| Registered No. | | | Date Stamp |
|---|---|---|---|
| KB 472 232 233US | | | |
| Reg. Fee 1.90 | | | |
| Handling Charge | Return Receipt 1.85 | | |
| Postage 6.05 | Restricted Delivery | | |
| Received by KEN | | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | With Postal Insurance ☐ Without Postal Insurance ☒ | | |

OFFICIAL USE

**FROM**
AGG 3 (5077 *B)
Connolly Bove Lodge & Hutz
P.O. Box 2207
Wilm, DE 19801

**TO**
Mulford Nobbs, Pres.
Jeunique International, Inc
19501 E. Walnut Dr. S
City of Industry, CA 91749

PS Form 3806, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (*Please Print Clearly*) DON JONE)  B. Date of Delivery 2-26<br><br>C. Signature<br>X _____  ☐ Agent  ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Muffor Nobbs, Pres<br>Jeunique International<br>19501 E. Walnut Dr. S<br>City of Industry, CA<br>91749 | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br><br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number (Copy from service label)<br>RB 972 232 233 US | |

PS Form 3811, July 1999        Domestic Return Receipt        102595-99-M-1789

## INCORPORATED MEMORANDUM OF LAW

As noted in the Exhibits attached hereto, Jeunique was served with the summons and Complaint on February 26, 2007. To date, Jeunique has not answered the Complaint nor entered an appearance in this action. Because Jeunique's answer was due on or before March 19, 2007, it is clear that Jeunique is in default and judgment should be entered against it.

Plaintiff thus respectfully requests that this Court enter a default judgment against Jeunique in the manner set forth above.


Dated: April 2, 2008                        Respectfully submitted,


                                         /s/ Arthur G. Connolly, III
                                        Arthur G. Connolly, III (#2667)
                                        CONNOLLY BOVE LODGE & HUTZ LLP
                                        The Nemours Building
                                        1007 N. Orange Street
                                        P.O. Box 2207
                                        Wilmington, DE 19899
                                        (302) 658-9141

                                        Of Counsel:
                                        Michael O. Warnecke
                                        Douglas L. Sawyer
                                        PERKINS COIE
                                        131 South Dearborn Street
                                        Suite 1700
                                        Chicago, IL 60603-5559

                                        Kevin M. McGovern
                                        Brian T. Foley
                                        McGOVERN & ASSOCIATES
                                        545 Madison Avenue, 15th Floor
                                        New York, New York 10022
                                        (212) 688-9840

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 2, 2008, the foregoing document was served via

First-Class U.S. Mail and CM/ECF on the following counsel of record:

| | |
|---|---|
| Mulford Nobbs, President<br>Jeunique International Inc.<br>19501 East Walnut Drive S<br>City of Industry, CA 91749 | |
| Gary J. Gorham<br>Leader Kozmor Gorham LLP<br>1990 South Bundy Drive<br>Suite 390<br>Los Angeles, CA 90025 | Rodger Dallery Smith, II<br>Morris, Nichols, Arsht & Tunnel LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| President<br>Glycoform D Corporation<br>1717 N. Bayshore Drive<br>#1847<br>Miami, FL 33132 | |

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)

#536092_1

# EXHIBIT A

# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Arthur G. Connolly, III
Partner

DIRECT DIAL:    (302) 888 6318
DIRECT FAX:     (302) 658 0380
EMAIL:          AConnollyIII@cblh.com
REPLY TO:       Wilmington Office

February 21, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**
Mulford Nobbs, President
Jeunique International Inc.
19501 East Walnut Drive S
City of Industry, CA 91749

Re:    *Tristrata Technology, Inc. v. Jeunique International, Inc., et al.,* C.A. No. 06-645

Dear Sir:

Please find enclosed copies of the Summons and Return of Service and the Complaint and Jury Demand for the above-referenced case. The Summons and Complaint were served upon the Delaware Secretary of State on February 13, 2007. Pursuant to 10 Del. C. § 3104, such service is as effective for all intents and purposes as if it had been made upon you personally within the State of Delaware.

Sincerely,

Arthur G. Connolly, III

Enclosures

#522810_1

WILMINGTON, DE                    WASHINGTON, DC                    LOS ANGELES, CA

# EXHIBIT A

| Registered No. RB 972 232 233US | | Date Stamp |
|---|---|---|
| Reg. Fee 1.90 | | |
| Handling Charge | Return Receipt 1.85 | |
| Postage 6.05 | Restricted Delivery | |
| Received by KEM | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance  ☒ Without Postal Insurance | |

OFFICIAL USE

FROM: ABC,3  (5077*B)
Connolly Bove Lodge & Hutz
P.O. Box 2207
Wilm. DE 19801

TO: Mulford Nobbs, Pres.
Jeunique International, Inc
19501 E. Walnut Dr. S
City of Industry, CA 91749

PS Form 3806,    Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

# EXHIBIT B

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* DON JONES    B. Date of Delivery 2-26<br><br>C. Signature<br>X ☐ Agent ☐ Addressee<br><br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Multor Nobbos, Pres<br>Jeunique International<br>19501 E. walnut Dr. S<br>City of Industry, CA<br>91749 | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☑ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br><br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>RB 912 232 233US | |

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-645 (JJF) |
| | ) |
| JEUNIQUE INTERNATIONAL, INC., | )   Jury Demanded |
| DERMALOGICA, INC., GLYCOFORM-D | ) |
| CORP., and JUVENESSE BY ELAINE GAYLE | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF MAILING PURSUANT TO 10 DEL. C. § 3104 AND D. DEL. LR 4.1(b)

ARTHUR G. CONNOLLY, III, after first being duly sworn, on this 29th day of March, 2007, does depose and say:

1.    I am an attorney with the law firm of Connolly Bove Lodge & Hutz LLP and represent plaintiff in the above captioned action.

2.    On February 21, 2007, I caused a copy of the Complaint, the Summons for Defendant Jeunique International, Inc., and a letter addressed to Mulford Nobbs, President, Jeunique International Inc., and containing the information required by 10 Del. C. § 3104, to be forwarded, via Registered Mail Return Receipt Requested, to defendant Jeunique International Inc., pursuant to 10 Del. C. § 3104.  The Registered Mail receipt for said package is attached hereto as Exhibit "A".

3.    On February 26, 2007, the package referenced in paragraph 2, was received by Jeunique International Inc.  The confirmation/tracking form received from the United States Postal Service is attached hereto as Exhibit "B".

_(signature)_
Arthur G. Connolly, III (#2667)

Sworn to and subscribed before me this 29th day of March, 2007.

_(signature)_
NOTARY PUBLIC



523422_1

2

# EXHIBIT A

Registered No.
KB 472 232 233US

Date Stamp

| | | |
|---|---|---|
| Reg. Fee | 1.90 | |
| Handling Charge | | Return Receipt 1.85 |
| Postage 6.05 | | Restricted Delivery |
| Received by | Ken | |

To Be Completed By Post Office

FEB 2008

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

Customer Must Declare Full Value $

☐ With Postal Insurance
☒ Without Postal Insurance

OFFICIAL USE

FROM
ACC,3  (5077*B)
Connolly Bove Lodge & Hutz
P.O. Box 2207
Wilm, DE  19801

TO
Mulford Nobbs, Pres.
Jeunique International, Inc
19501 E. Walnut Dr. S
City of Industry, CA 91749

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)                          *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* DON JONE\|    B. Date of Delivery 2-26<br>C. Signature<br>X _JonJo_    ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>Mutor Nobos, Pres<br>Jeunique International<br>19501 E. Walnut Dr. S<br>City of Industry, CA<br>91749 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☑ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Copy from service label)*<br>RB 972 232 233US | |

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789