IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY INC,          :
                                   :
        Plaintiff,                 :
                                   :
        v.                         :          Civil Action No. 06-645 JJF
                                   :
JEUNIQUE INTERNATIONAL, INC.,      :
et al.,                            :
                                   :
        Defendants.                :

## CLERK'S ENTRY OF DEFAULT

And now to wit this **22nd** day of **April, 2008**, the Plaintiff, Tristrata
Technology Inc., filed a Motion for Default Judgment pursuant to Fed. R. Civ.
P. 55.

It appearing from the record (Ex. A, B, C to D.I. 77), that service was
effectuated in accordance with Federal Rule of Civil Procedure 4(h)(1)[B].
Defendant, Jeunique International, Inc. has not answered or otherwise moved
with respect to the Complaint.

Now therefore, **IT IS ORDERED,** in accordance with Federal Rule of Civil
Procedure 55(a) that entry of default be and hereby is **ENTERED** in favor of
Plaintiff, Tristrata Technology Inc. and against Defendant, Jeunique
International, Inc.

Peter T. Dalleo, Clerk

By _Deborah Krett_

Deputy Clerk