IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 06-645 (JJF) |
| JEUNIQUE INTERNATIONAL, INC., DERMALOGICA, INC., GLYCOFORM-D CORP., and JUVENSES BY ELAINE GAYLE, INC., | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF CHANGE OF LAW FIRM NAME TO
## **LEADER GORHAM LLP**

PLEASE TAKE NOTICE that the name of the law firm serving as counsel of record for defendant Dermalogica, Inc., formerly known as Leader Kozmor Gorham LLP, has been changed to "Leader Gorham LLP." The email addresses for Jon M. Leader and Gary J. Gorham, who are admitted *pro hac vice*, have changed to jleader@lglaw.la and ggorham@lglaw.la, respectively. The addresses and telephone numbers of the firm have not changed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Defendant Dermalogica, Inc.*

July 9, 2008

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 9, 2008, he caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Arthur G. Connolly, III
>CONNOLLY, BOVE, LODGE & HUTZ LLP

I also certify that copies were caused to be served on July 9, 2008, upon the following in the manner indicated:

### **BY EMAIL**

>Arthur G. Connolly, III
>CONNOLLY, BOVE, LODGE & HUTZ LLP
>1007 North Orange Street
>Wilmington, DE 19801
>aconnollyIII@cblh.com
>
>Michael O. Warnecke
>Debra R. Bernard
>PERKINS COIE LLP
>131 S. Dearborn Street
>Suite 1700
>Chicago, IL 60603
>mwarnecke@perkinscoie.com
>dbernard@perkinscoie.com

>*/s/ Rodger D. Smith II*
>_____
>Rodger D. Smith II (#3778)
>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347
>(302) 658-9200
>rsmith@mnat.com