IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRISTRATA TECHNOLOGY, INC. | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C. A. No. 06-645 (JJF) <br> ) <br> ) |
| JEUNIQUE INTERNATIONAL, INC., <br> DERMALOGICA, INC., GLYCOFORM-D <br> CORP., | ) <br> ) <br> ) <br> ) |
| Defendants. | |

## STIPULATION AND ORDER

WHEREAS, plaintiff Tristrata Technology, Inc. ("TTI") and defendant Dermalogica Inc. ("Dermalogica") are involved in settlement discussions and would like, with the Court's permission, to extend a number of the dates set forth in the Rule 16 Scheduling Order (D.I. 20 and 23) to further pursue such settlement discussions.

NOW THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES, subject to the approval of the Court, that the Rule 16 Scheduling Order (D.I. 20 and 23) in this action be amended as follows:

1.   **Joinder of other Parties**.  All motions to join other parties shall be filed on or before **October 8, 2008**.

2.   **Discovery**.

(a)   Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by **September 11, 2008**.

(e) Fact discovery shall be commenced so as to be completed by **December 3, 2008**.

(f) Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the party bearing the burden of proof by **January 9, 2009**; and responsive reports are due by **February 13, 2009**.

3. **Amendment of the Pleadings**. All motions to amend the pleadings shall be filed on or before **October 8, 2008**.

4. **Case Dispositive Motions**. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **April 9, 2009**.

5. **Markman**. A Markman hearing will be held on **October 9, 2008, beginning at 2:00 p.m.** Briefing on the claim construction issues shall be completed at least ten (10) business days prior to the hearing. The Court, after reviewing the briefing, will allocate time to the parties for the hearing.

6. **Pretrial Conference and Trial**.

(a) A Pretrial Conference will be held on **May 14, 2009 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

(b) The parties and counsel shall anticipate and prepare for a trial to be held within 120 days of the Pretrial Conference.

7. All other dates in the Court's Rule 16 Scheduling Order (D.I. 20 and 23) shall remain unchanged.

| | |
|---|---|
| CONNOLLY, BOVE, LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| By: __s/_____<br>Arthur G. Connolly, III (#2667)<br>The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 888-6318<br>E-mail: AConnollyIII@cblh.com<br><br>Attorneys for Plaintiff Tristratra Technology, Inc. | By: __s/_____<br>Rodger D. Smith, II (#3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>E-mail: RSmith@mnat.com<br><br>Attorneys for Defendant Dermalogica, Inc. |

SO ORDERED this __14__ day of __July_____, 2008.

_____
United States District Judge